# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOSEPH DIAZ, Petitioner

_(List the full name(s) of the plaintiff(s)/petitioner(s).)_

-against-

SUPERINTENDENT EARL BELL, Respondent

_(List the full name(s) of the defendant(s)/respondent(s).)_

18 CV 10121 ( AT )( DF )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Petitioner Joseph Diaz

_(list the names of all parties who are filing an appeal)_

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: August 16, 2022

_(date that judgment or order was entered on docket)_

that: denied his petition, pursuant to 28 U.S.C. Sec. 2254, for a writ of habeas corpus

_(If the appeal is from an order, provide a brief description above of the decision in the order.)_

August 23, 2022
Dated

Signature

Skolnick, Katharine, R (KS-1123), Attorney for Petitioner, Center for Appellate Litigation
Name (Last, First, MI)

120 Wall Street, 28th Fl., New York, NY 10005
Address / City / State / Zip Code

212-577-2523 x 501
Telephone Number

kskolnick@cfal.org
E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13